## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

GREGORY HOLT, ADC #129616
A/K/A ABDUL MAALIK MUHAMMAD                                              PLAINTIFF

V.                          No. 4:21-CV-1226-JM-JTR

JACOB HIGGINS, Security Threat
And Terrorist Group Coordinator, ADC                                     DEFENDANT

### SCHEDULING ORDER

The stay on discovery (*Doc. 14)* is lifted. The parties must complete discovery on or before November 28, 2022 and file any dispositive motions on the merits on or before December 28, 2022. If claims remain after dispositive motions are decided, a final scheduling order will be issued for trial.

If Defendant files a Motion for Summary Judgment, he must also file a separate Statement of Facts that contains: (1) individually numbered factual statements; (2) a citation to the evidentiary support for each factual statement; and (3) three blank lines immediately following each numbered factual statement. The Court will then enter a separate Order explaining to Plaintiff how to respond thereto.

Pursuant to Fed. R. Civ. P. 30(a)(2)(B), Defendant is granted permission to depose Plaintiff, if he so chooses.

DATED this 29th day of June, 2022.

_____
UNITED STATES MAGISTRATE JUDGE