IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**GREGORY HOLT**                                                          **PLAINTIFF**
**ADC #129616**

V.                      No. 4:21-CV-01226-JM-JTR

**JACOB HIGGINS**, Security Threat &
Terrorist Group Coordinator, ADC                             **DEFENDANT**

## ORDER

The Court has received a Recommendation for dismissal filed by Magistrate Judge J. Thomas Ray. After careful review of those Findings and Recommendations, the Court concludes that the Findings and Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

The Clerk is directed to ADMINISTRATIVELY CLOSE this case until the dispute surrounding Holt's FOIA request in *Holt v. U. S. Dept. of Justice*, Case No. 4:22-cv-605-KGB (E.D. Ark.) is fully and finally resolved. Holt's Motion to Extend the Discovery Deadline (Doc. 18) and Defendant's suggestion the Court stay discovery are both DENIED AS MOOT.

IT IS SO ORDERED this 30th day of December, 2022.

_____
UNITED STATES DISTRICT JUDGE