IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**GREGORY HOLT**
**ADC #129616**                                                                                               **PLAINTIFF**

**V.**                                        **4:21CV01226 JM**

**JACOB HIGGINS, Security Threat &**
**Terrorist Group Coordinator, ADC**                                                          **DEFENDANT**

### ORDER

The Clerk is directed to reopen the case. The motions (ECF Nos. 36, 37) are GRANTED.

IT IS SO ORDERED this 25th day of October, 2024.

_____
James M. Moody Jr.
United States District Judge