**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

GREGORY HOLT,                                                                           PLAINTIFF
a/k/a Abdul Mallik Muhammad
ADC #129616

v.                                                    4:21CV01226-JM-JTK

JACOB HIGGINS                                                                           DEFENDANT

**INITIAL SCHEDULING ORDER**

Defendant filed an Answer to Plaintiff's Complaint.   (Doc. No. 12).   The Court will give

the parties six months to *complete* discovery and seven months (30 days after the close of

discovery) to file any dispositive motions.[1]  **A Motion raising a failure to exhaust defense must**

**be filed within two months of the date of this Order**.

IT IS THEREFORE ORDERED that the parties shall complete discovery on or before **May**

**26, 2025 and file any dispositive motions on or before June 25, 2025.   A Motion based on**

**failure to exhaust must be filed by January 26, 2025.**

Dated this 26th day of November, 2024.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE

---

[1] This means that the parties must send their final discovery requests to the opposing side so that they have the full amount of time, as provided by the Federal Rules of Civil Procedure, to respond before the discovery deadline expires.   For instance, Fed. R. Civ. P. 33(b)(2) states that a party has 30 days to respond to interrogatories. Thus, the parties must send their final interrogatories to the opposing side *at least* 30 days before the expiration of the discovery deadline.