**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**GREGORY HOLT,**
**a/k/a Abdul Mallik Muhammad**
**ADC #129616**                                                      **PLAINTIFF**

**V.**                            **CASE NO. 4:21CV01226 JM-JTK**

**JACOB HIGGINS**                                                  **DEFENDANT**

### ORDER

The Court has received a Recommendation filed by United States Magistrate Judge

Jerome T. Kearney. After careful review of those Findings and Recommendations and a review

of the record, the Court concludes that the Findings and Recommendations should be, and hereby

are, approved and adopted in their entirety as this Court's findings in all respects.

Mr. Holt's motion for summary judgment (Doc. 60) is DENIED without prejudice.

IT IS SO ORDERED this 30th day of March, 2026.

_____
UNITED STATES DISTRICT JUDGE