**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

GREGORY HOLT,
a/k/a Mallik Muhammad
ADC #129616                                                                                      PLAINTIFF

v.                                                 4:21CV01226 JM-JTK

JACOB HIGGINS                                                                              DEFENDANT

<u>**ORDER**</u>

Plaintiff Gregory Holt asks the Court to vacate its Order dated March 30, 2026 denying his motion for summary judgment (Doc. No. 66). Mr. Holt states that he did not intend for the Court to construe his Motion and Notice of Motion for Summary Judgment (Doc. No. 60) as his actual motion for summary judgment. The Court finds there is no need to vacate its Order denying summary judgment. There is no rule prohibiting Mr. Holt from filing another motion for summary judgment except for the dispositive motion filing deadline of June 11, 2026. *See* Amended Scheduling Order, Doc. No. 58.

Mr. Holt also states a concern about opposing counsel Carl F. "Trey" Cooper. The Court is certain that Mr. Cooper will represent his client with the utmost professionalism and abide by the Federal Rules of Civil Procedure and the Model Rules of Professional Conduct.

Mr. Holt's motion (Doc. No. 70) is DENIED.

IT IS SO ORDERED this 8th day of May, 2026.

_____
James M. Moody Jr.
United States District Judge