**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**GREGORY HOLT,** **PLAINTIFF**
**a/k/a Abdul Maalik Muhammad**
**ADC #129616**

**v.** **CASE NO. 4:21-cv-01226-JM-JTK**

**JACOB HIGGINS** **DEFENDANT**

**ORDER**

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Jerome T. Kearney. After carefully considering Mr. Holt's timely filed objections, Defendant's response, and making a *de novo* review of the record, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1. Defendant Higgins's Motion for Summary Judgment (Doc. No. 73) is GRANTED;

2. Plaintiff's Motion for Summary Judgment (Doc. No. 77) is DENIED; and

3. Plaintiff's claims against Defendant Higgins are DISMISSED with prejudice.

Dated this 4th day of November, 2026.

UNITED STATES DISTRICT JUDGE