**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**GREGORY HOLT,** **PLAINTIFF**
**a/k/a Abdul Maalik Muhammad**
**ADC #129616**

**v.** **CASE NO. 4:21-cv-01226-JM**

**JACOB HIGGINS** **DEFENDANT**

# JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case with prejudice.

DATED this 4th day of November, 2026.

UNITED STATES DISTRICT JUDGE